UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  **2:22-cv-07130-SPG (MAA)** | Date: **December 1, 2022** |
| Title  **Corey Brown v. City of Los Angeles et al.** | |

Present: The Honorable **MARIA A. AUDERO**, United States Magistrate Judge

| Narissa Estrada | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**   Order to Show Cause Re: Failure to Return Service Forms

On October 12, 2022, the Court issued an Order Re Service of Process by United States Marshal ("Order-1," ECF No. 7) and Order Directing Service of Process by the United States Marshal ("Order-2," ECF No. 8).  In Order-1, the Court ordered Plaintiff Corey Brown ("Plaintiff") to complete the summons and USM-285 forms for service of the Complaint for the six defendants listed in Order-2, and to return them to the Clerk to Magistrate Judge Maria A. Audero no later than **November 11, 2022**.  (Order-1, at 1–2.)  Order-1 also required Plaintiff to file a completed Notice of Submission to the Clerk to Judge Audero no later than **November 11, 2022**.

To date, Plaintiff has not filed a Notice of Submission or returned the completed summons and USM-285 forms to the Clerk to Judge Audero.  Plaintiff is **ORDERED TO SHOW CAUSE** by **January 3, 2023** why the Court should not recommend that the lawsuit be dismissed for failure to comply with a Court order.  If Plaintiff files a Notice of Submission and returns the completed summons and USM-285 forms to Judge Audero's Clerk on or before that date, the Order to Show Cause will be discharged, and no additional action need be taken.

**Plaintiff is advised that failure to comply with this order will result in a recommendation that the lawsuit be dismissed without prejudice for failure to prosecute and/or comply with court orders**.  *See* C.D. Cal. L.R. 41-1.

It is so ordered.