UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **2:22-cv-07130-SPG (MAA)** | Date: **June 15, 2023** |
| Title | **Corey Brown v. City of Los Angeles et al.** | |

Present:  The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Narissa Estrada | N/A |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|:---:|:---:|
| N/A | N/A |

**Proceedings (In Chambers):**   Order to Show Cause Why This Court Should Not Recommend Dismissal of Unserved Defendants

    Federal Rule of Civil Procedure 4(m) requires that service of the summons and Complaint must be made within ninety days of filing the complaint.  Fed. R. Civ. P. 4(m).

    On October 12, 2022, the Court issued an Order Re Service of Process by United States Marshal ("Order-1," ECF No. 7) and Order Directing Service of Process by the United States Marshal ("Order-2," ECF No. 8).  The Court ordered Plaintiff Corey Brown ("Plaintiff") to: (1) complete the summons and USM-285 forms for service of the Complaint for the six defendants listed in Order-2, and to return them to the Clerk to Magistrate Judge Maria A. Audero no later than **November 11, 2022**; and (2) file a completed Notice of Submission to the Clerk to Judge Audero no later than **November 11, 2022**.  (Order-1, at 1–2.)

    In the absence of any evidence of any efforts by Plaintiff to have the Complaint served upon Defendants, on February 2, 2023, the Court held a Status Conference regarding service of process. (ECF No. 11.)  Upon a finding of good cause, the Court *sua sponte* extended the time allowed for service of process to **May 2, 2023**.  (*Id.*)  The Court cautioned Plaintiff that "[f]ailure to serve within this time could result in dismissal of the action without prejudice against each such unserved defendant. Fed. R. Civ. P. 4(m)."  (*Id.*)

    On June 9, 2023, Defendants City of Los Angeles, Officer Blanco, and Officer Garcia filed an Answer.  (ECF No. 13.)

    To date, there is no evidence that Plaintiff has served Defendants Tomasino Hernandez, Berenice Oseguera, and George Ramirez (collectively, "Unserved Defendants").

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **2:22-cv-07130-SPG (MAA)**                                              Date: **June 15, 2023**

Title       **Corey Brown v. City of Los Angeles et al.**

     Plaintiff is ordered to show cause, in writing, no later than **July 14, 2023**, why the Court should not recommend that the Unserved Defendants be dismissed without prejudice under Federal Rule of Civil Procedure 4(m).  In lieu of a written response, Plaintiff may discharge this Order to Show Cause by filing documents showing that the summons and Complaint have been served on each of the three Unserved Defendants.

     **Plaintiff is cautioned that failure to respond to this order may result in a recommendation that the Unserved Defendants be dismissed without prejudice for failure to prosecute and/or failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).  *See* C.D. Cal. L.R. 41-1.**

     It is so ordered.