UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY BROWN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>　　　　　Defendants. | Case No. CV 22-07130-SPG-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

   IT IS ORDERED that Plaintiff's claims against Defendants Bernice Oseguera, George Ramirez, and Tomasino Hernandez are DISMISSED without prejudice under Federal Rule of Civil Procedure 4(m).

   IT IS FURTHER ORDERED that the Clerk serve copies of this Order on Plaintiff at his current address of record and on counsel for the defendants who have appeared.

IT IS SO ORDERED.

DATED:  October 25, 2023

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE