JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY BROWN, | Case No. CV 22-07130-SPG-AJR |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CITY OF LOS ANGELES, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED:  December 26, 2023

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE